**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: V.C.-L., A MINOR      :   No. 205 MAL 2023
                                             :
                                             :

PETITION OF: K.C.-L.          :   Petition for Allowance of Appeal
                                             :   from the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 21st day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.